**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLUMBIA MARKETING INTERNATIONAL CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> ALBERT L. GOOD, dba CASTLE ROCK VINEYARDS, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM | NO. 1:09-CV-01312-AWI-SMS <br><br> ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to the stipulation filed by the parties on March 24, 2010, this action, including all counterclaims, is hereby dismissed with prejudice pursuant to FRCP 41(a)(1), with each party to bear its own costs and attorney fees.

IT IS SO ORDERED.

**Dated: March 25, 2010**         /s/ Anthony W. Ishii
                                           CHIEF UNITED STATES DISTRICT JUDGE